IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG 22 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

**TEXAS DEPARTMENT OF TRANSPORTATION,**
**Plaintiff,**

**-vs-** **Case No. A-11-CA-726-SS**

**CHRISTIE CRAIG, et al.,**
**Defendants.**

# ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically Plaintiff Texas Department of Transportation's Motion for Temporary Restraining Order [#2]. Having reviewed the document, the relevant law, and the file as a whole, the Court now enters the following opinion and order setting this matter for a **HEARING** at **1:00 p.m. TODAY, AUGUST 22, 2011**.

The Court is advised Plaintiff seeks an emergency hearing on its motion for a temporary restraining order because the book that is the subject of this lawsuit, the sale of which Plaintiff wishes to enjoin, is scheduled to go on sale tomorrow, August 23, 2011.

Notwithstanding the fact Plaintiff waited until the very last minute to file its motion; notwithstanding the fact Plaintiff waited until after the last minute to call the Court seeking a same-day emergency hearing; and notwithstanding the fact Plaintiff asks for a hearing in the middle of voir dire in a civil securities action currently being tried before the Court, the Court nevertheless grants

Plaintiff's request. Plaintiff will notify opposing counsel of this setting, and the parties will have fifteen minutes to present their respective cases, starting at 1:00 p.m. today, August 22, 2011.

Accordingly,

IT IS ORDERED that this matter is set for a **HEARING TODAY, August 22, 2011, at 1:00 p.m.**, in Courtroom 2 of the United States Courthouse, 200 W. Eighth Street, Austin, Texas.

IT IS FINALLY ORDERED that Plaintiff's counsel shall inform opposing counsel of this setting, and provide counsel with a copy of this order, within TWENTY MINUTES of the entry of this order.

SIGNED this the 22nd day of August 2011.

Sam Sparks

SAM SPARKS
UNITED STATES DISTRICT JUDGE

726 tro hrg ord mjh.frm